Clerk's Office
Filed Date: 6/28/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
EDMOND GRIGORYAN,

          Plaintiff,          CIVIL ACTION NO.

-against-          1:22-CV-165-CBA-LB

                                  **STIPULATION CHANGING VENUE**
AARON MATHEW JONES and         **TO THE WESTERN DISTRICT OF**
KSA DELIVERY LLP                         **OKLAHOMA**

          Defendants.
-------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for the respective parties that in lieu of the defendants filing a formal motion pursuant to Fed. R. Civ. P. 12 to dismiss regarding jurisdiction and/or to have the venue of this case transferred to the Western District of Oklahoma where both defendants are located, and in compliance with Judge Amon's Order dated June 14, 2022, the above referenced matter is hereby transferred pursuant to 28 U.S. Code § 1406(a) from the United States District Court for the Eastern District of New York to the United States District Court for the Western District of Oklahoma, and it is further

    STIPULATED AND AGREED, that the time for defendant Aaron Matthew Jones (sued herein as Aaron Mathew Jones) and KSA Delivery LLP to serve a responsive pleading to the plaintiff's complaint is hereby extended thirty (30) days from the date that the Court "so orders" this Stipulation, and it is further

    STIPULATED AND AGREED that this Stipulation may be executed via e-mail or facsimile, by counterpart signature, with typed signatures, deeming e-mail or facsimile signatures as originals.

    THE REMAINDER OF THIS PAGE WAS INTENTIONALY LEFT BLANK AND THE
        DATE AND SIGNATURES OF COUNSEL ARE ON PAGE 2

Dated: New York, New York
       June 21, 2022

| LAW OFFICE OF YURIY PRAKHIN, P.C. | LAW OFFICES OF KENNETH L. ARON |
|---|---|
| BY: *[signature]* <br> ANNA BROXMEYER, ESQ. <br> Attorneys for Plaintiff <br> Edmond Grigoryan <br> 1883 86th Street, 2nd Floor <br> Brooklyn, New York 11214 <br> (718) 946-5099 <br> Your File No.: 00199-AB | /s/ KENNETH L. ARON <br><br> BY:_____ <br> KENNETH L. ARON, ESQ. <br> Attorneys for Defendants <br> Aaron Mathew Jones & KSA Delivery LLP <br> 111 Broadway, Suite 901 <br> New York, New York 10006 <br> (212) 346-9200 |

SO ORDERED

/s/ Carol Bagley Amon
_____
United States District Judge