# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:22–cv–00165–CBA–LB

| | |
|---|---|
| Grigoryan v. Jones et al | Date Filed: 01/11/2022 |
| Assigned to: Judge Carol Bagley Amon | Date Terminated: 06/28/2022 |
| Referred to: Magistrate Judge Lois Bloom | Jury Demand: Plaintiff |
| Cause: 23:134 P.I.– Auto Negligence | Nature of Suit: 350 Motor Vehicle |
| | Jurisdiction: Diversity |

**Plaintiff**

**Edmond Grigoryan**     represented by    **Anna Collette Broxmeyer**
Law Office of Yuriy Prakhin
1883 86th Street
Ste 2nd Floor
Brooklyn, NY 11214
718–946–5099
Email: AnnaB@prakhinlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Aaron Mathew Jones**     represented by    **Kenneth Lawrence Aron**
Law Offices of Kenneth L. Aron
111 Broadway
Suite 901
New York, NY 10006
212–346–9200
Email: ken.aron@att.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KSA Delivery LLP**     represented by    **Kenneth Lawrence Aron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2022 | 1 | COMPLAINT against Edmond Grigoryan filing fee $ 402, receipt number ANYEDC–15185145 Was the Disclosure Statement on Civil Cover Sheet completed –No,, filed by Edmond Grigoryan. (Broxmeyer, Anna) (Entered: 01/11/2022) |
| 01/11/2022 | 2 | Proposed Summons. by Edmond Grigoryan (Broxmeyer, Anna) (Entered: 01/11/2022) |
| 01/11/2022 | 3 | Proposed Summons. by Edmond Grigoryan (Broxmeyer, Anna) (Entered: 01/11/2022) |
| 01/11/2022 | 4 | Civil Cover Sheet.. by Edmond Grigoryan (Broxmeyer, Anna) (Entered: 01/11/2022) |

| | | |
|---|---|---|
| 01/11/2022 | Ï | Case Assigned to Judge Carol Bagley Amon and Magistrate Judge Lois Bloom. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Neptune, Pierre) (Entered: 01/19/2022) |
| 01/12/2022 | Ï | Notice: Re: Incomplete Civil Cover Sheet. The Clerk's Office cannot assign this case without a completed Civil Cover Sheet (MISSING SECOND PAGE). All questions *** INCLUDING the CERTIFICATION OF ARBITRATION ELIGIBILITY*** section on the second page must be answered. Please resubmit corrected Civil Cover Sheet. This event can be found under the event Other Documents – Proposed Summons/Civil Cover Sheet. (Neptune, Pierre) (Entered: 01/12/2022) |
| 01/17/2022 | Ï 5 | Civil Cover Sheet.. by Edmond Grigoryan (Prakhin, Yuriy) (Entered: 01/17/2022) |
| 01/19/2022 | Ï 6 | Summons Issued as to Aaron Mathew Jones, KSA Delivery LLP. (Attachments: # 1 Summons KSA Delivery) (Neptune, Pierre) (Entered: 01/19/2022) |
| 01/19/2022 | Ï 7 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Neptune, Pierre) (Entered: 01/19/2022) |
| 01/19/2022 | Ï 8 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Neptune, Pierre) (Entered: 01/19/2022) |
| 01/24/2022 | Ï 9 | SUMMONS Returned Executed by Edmond Grigoryan. KSA Delivery LLP served on 1/20/2022, answer due 2/10/2022. (Broxmeyer, Anna) (Entered: 01/24/2022) |
| 02/10/2022 | Ï 10 | Letter *Requesting a Pre−Motion Conference with Judge Amon for leave to file a Rule 12(b) motion* by KSA Delivery LLP (Aron, Kenneth) Modified on 2/14/2022 (Herrera, Isaiah). (Entered: 02/10/2022) |
| 02/14/2022 | Ï 11 | NOTICE of Appearance by Kenneth Lawrence Aron on behalf of KSA Delivery LLP (aty to be noticed) (Attachments: # 1 Certificate of Service) (Aron, Kenneth) (Entered: 02/14/2022) |
| 02/14/2022 | Ï 12 | SUMMONS Returned Executed by Edmond Grigoryan. Aaron Mathew Jones served on 1/22/2022, answer due 2/12/2022. (Broxmeyer, Anna) (Entered: 02/14/2022) |
| 02/15/2022 | Ï 13 | NOTICE of Appearance by Kenneth Lawrence Aron on behalf of All Defendants (aty to be noticed) (Attachments: # 1 Certificate of Service) (Aron, Kenneth) (Entered: 02/15/2022) |
| 02/15/2022 | Ï 14 | MOTION for pre motion conference re 10 MOTION for pre motion conference by Aaron Mathew Jones. (Aron, Kenneth) (Entered: 02/15/2022) |
| 02/16/2022 | Ï 15 | First MOTION for Extension of Time to File Response/Reply *to Defendants' Request for a pre−motion conference* by Edmond Grigoryan. (Broxmeyer, Anna) (Entered: 02/16/2022) |
| 02/16/2022 | Ï | ORDER: In response to her request for an extension 15 , plaintiff's counsel is to advise the Court as to whether defense counsel consents to the extension. SO ORDERED by Judge Carol Bagley Amon on February 16, 2022. (Shire, Emily) (Entered: 02/16/2022) |
| 02/17/2022 | Ï 16 | First MOTION for Extension of Time to File Response/Reply as to 15 First MOTION for Extension of Time to File Response/Reply *to Defendants' Request for a pre−motion conference* by Edmond Grigoryan. (Broxmeyer, Anna) (Entered: 02/17/2022) |

| | | |
|---|---|---|
| 02/17/2022 | Ï | Order re 15 and 16 : Plaintiff's motion for an extension of time to file a response to Defendants' request for a pre−motion conference is GRANTED. Plaintiff has until February 22, 2022 to file a response. SO ORDERED by Judge Carol Bagley Amon on February 17, 2022. (Shire, Emily) (Entered: 02/17/2022) |
| 02/23/2022 | Ï 17 | RESPONSE to Motion re 10 MOTION for pre motion conference filed by Edmond Grigoryan. (Broxmeyer, Anna) (Entered: 02/23/2022) |
| 02/23/2022 | Ï | ORDER re 10 and 14 : Pre−motion conference on Defendants KSA Delivery LLP and Aaron Mathew Jones' joint motion to dismiss will be held via telephonic conference on March 14, 2022 at 2:00 p.m. before Judge Carol Bagley Amon. The parties are directed to call the toll−free number 888−398−2342, no later than 1:50 p.m., and enter the access code 1840743, followed by the pound key. These proceedings will be recorded by a court reporter. SO ORDERED by Judge Carol Bagley Amon on February 23, 2022. (Shire, Emily) (Entered: 02/23/2022) |
| 02/23/2022 | Ï | ORDER: Defendants are directed to submit a list identifying the citizenship of each member of Defendant KSA Delivery LLP by March 2, 2022. SO ORDERED by Judge Carol Bagley Amon on February 23, 2022. (Shire, Emily) (Entered: 02/23/2022) |
| 03/01/2022 | Ï 18 | NOTICE by Aaron Mathew Jones, KSA Delivery LLP *Statement In Response to Judge Amon's Electronic Order Issued Feb 23, 2022* (Attachments: # 1 Certificate of Service) (Aron, Kenneth) (Entered: 03/01/2022) |
| 03/14/2022 | Ï | Minute Entry for Pre−Motion Conference Held Before Judge Carol Bagley Amon on March 14, 2022. Appearances: For Plaintiff: Anna Broxmeyer; for Defendants: Kenneth Aron; court reporter: Georgette Betts. The parties have 30 days to conduct limited jurisdictional discovery. At the end of the 30 days, the parties may submit a proposed briefing schedule for Defendants' motion to dismiss. SO ORDERED by Judge Carol Bagley Amon on March 14, 2022. (Shire, Emily) (Entered: 03/14/2022) |
| 06/09/2022 | Ï 19 | Proposed MOTION to Dismiss for Lack of Jurisdiction *and Change of Venue* by Aaron Mathew Jones, KSA Delivery LLP. (Aron, Kenneth) (Entered: 06/09/2022) |
| 06/09/2022 | Ï | ORDER re 19 : The Court will hold a teleconference on June 14, 2022 at 2:00 p.m. to discuss Defendants' request to change venue. The parties are directed to call the toll−free number 888−398−2342, no later than 1:50 p.m., and enter the access code 1840743, followed by the pound key. These proceedings will be recorded by a court reporter. SO ORDERED by Judge Carol Bagley Amon on June 9, 2022. (Shire, Emily) (Entered: 06/09/2022) |
| 06/14/2022 | Ï | Minute Entry for Teleconference Held Before Judge Carol Bagley Amon on June 14, 2022. Appearances: For Plaintiff: Anna Broxmeyer; for Defendants: Kenneth Aron; court reporter: Charleane Heading. The parties are to file a joint stipulation to transfer the case to the Western District of Oklahoma by June 24, 2022. SO ORDERED by Judge Carol Bagley Amon June 14, 2022. (Shire, Emily) (Entered: 06/14/2022) |
| 06/24/2022 | Ï 20 | STIPULATION *Changing Venue to the Western District of Oklahoma* by Edmond Grigoryan (Broxmeyer, Anna) (Entered: 06/24/2022) |
| 06/28/2022 | Ï 21 | STIPULATION AND ORDER Changing Venue to the Western District of Oklahoma re 20 : IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for the respective parties that in lieu of the defendants filing a formal motion pursuant to Fed. R. Civ. P. 12 to dismiss regarding jurisdiction and/or to have the venue of this case transferred to the Western District of Oklahoma where both defendants are located, and in compliance with Judge Amon's Order dated June 14, 2022, the above referenced matter is hereby transferred pursuant to 28 U.S. Code § 1406(a) from the United States District Court for the Eastern District of New York to the United States District Court for the Western District of Oklahoma (see order for details). Ordered by Judge Carol Bagley Amon. (Fernandez, Erica) (Entered: 06/28/2022) |

| 06/28/2022 | Ï | Case transferred to Western District of Oklahoma. Original file, copy of transfer order, and docket sheet sent electronically via ECF. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Fernandez, Erica) (Entered: 06/28/2022) |
|---|---|---|